# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## COLUMBIA DIVISION

| | | |
|---|---|---|
| **Darryl A. Patterson,** | ) | **Case No.:  5:25-cv-12738-MGL** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Johnny T. Stewart and F & S Trucking,** | ) | |
| **Inc.,** | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| **Defendants.** | ) | |

The undersigned hereby certifies and advises this Court, the parties, and their attorneys, that Aaron J. Hayes, of Sweeny, Wingate & Barrow, P.A., is appearing on behalf of the Defendants, Johnny T. Stewart and F & S Trucking, Inc., in the above-captioned matter.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Aaron J. Hayes
Mark S. Barrow, Fed. I.D. No.: 1220
Aaron J. Hayes, Fed. I.D. No.: 11196
Jacob. M Kaufman, Fed. I.D. No.: 14615
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233
msb@swblaw.com
ajh@swblaw.com
jmk@swblaw.com
**ATTORNEYS FOR DEFENDANTS JOHNNY
T. STEWART AND F & S TRUCKING, INC.**

Columbia, South Carolina

January 14, 2026