# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

### ORANGEBURG DIVISION

| | | |
|---|---|---|
| Darryl A. Patterson, | ) | Case No.: **5:25-cv-12738-MGL** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' EXPERT DISCLOSURES** |
| Johnny T. Stewart and F & S Trucking, Inc., , | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 26(a)(2)(A), Defendants Johnny T. Stewart and F & S Trucking, Inc., disclose the following experts:

**Sean S. Molloy, DO, MS, FACOS**
IMS Legal Strategies
5050 Quorum Drive, Suite 700
Dallas, TX 75254

Dr. Molloy is a board-certified neurosurgeon. See his produced CV for additional credentials. He is expected to offer opinions to a reasonable degree of medical certainty of Plaintiff's alleged causally related injuries from the subject collision, the treatment for such injury, and the future medical needs for such injury.

A report from this expert, with the contents required by FED R. CIV. P. 26(a)(2)(B), is being provided in accordance with the current scheduling orders.

Defendants reserve the right to elicit expert testimony from individuals named as experts by other parties to this case. Defendants further reserve the right to supplement this disclosure, either by consent of the parties, by motion, or with leave from this Court, at a later time should the case develop in such a way to warrant additional expert testimony on Defendants' behalf.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**


s/Jacob M. Kaufman
Mark S. Barrow Fed. I.D. No. 1220
Aaron J. Hayes Fed. I.D. No. 11196
Jacob M. Kaufman Fed. I.D. No. 14615
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233
msb@swblaw.com
ajh@swblaw.com
jmk@swblaw.com

**ATTORNEYS FOR THE DEFENDANTS**

Columbia, South Carolina

July 2, 2026